

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. WR-84,324-02 and WR-84,324-03

### In re RICKEY DONNELL CUMMINGS, Relator

### ON MOTION FOR LEAVE TO FILE EMERGENCY APPLICATION FOR WRIT OF MANDAMUS AND WRIT OF PROHIBITION, EMERGENCY APPLICATION FOR WRIT OF MANDAMUS AND WRIT OF PROHIBITION, AND EMERGENCY MOTION FOR STAY OF TRIAL COURT ORDER TO PROVIDE DISCOVERY OF PRIVILEGED COMMUNICATIONS IN CAUSE NO. 2011-1513-C1 IN THE 19TH DISTRICT COURT McLENNAN COUNTY

*Per curiam.*

## O R D E R

We have before us a motion for leave to file an application for a writ of mandamus and a writ of prohibition, an application for a writ of mandamus and a writ of prohibition, and an Emergency Motion for Stay of Trial Court Order to Provide Discovery of Privileged Communications. In November 2012, a jury convicted relator of the offense

of capital murder. The jury answered the special issues submitted pursuant to Texas Code of Criminal Procedure article 37.071, and the trial court, accordingly, set punishment at death. This Court affirmed relator's conviction and sentence on direct appeal. *Cummings v. State*, No. AP-76,923 (Tex. Crim. App. Dec. 17, 2014)(not designated for publication). The Office of Capital and Forensic Writs (OCFW) filed an initial writ of habeas corpus application in the trial court on relator's behalf in September 2014. A hearing on certain claims raised in that application was thereafter started in June 2015.

During the hearing, the State moved the court to order the disclosure of emails exchanged between relator's trial counsel and between counsel and other members of the defense team. Relator's habeas counsel objected to the disclosure.

Before this Court makes a decision on relator's motion for leave to file, we would like to give the State and the trial court an opportunity to respond. Therefore, the prosecutor and the Honorable James E. Morgan, Judge of the 19th District Court, presiding by appointment, have 30 days from the date of this order to file any response to relator's pleadings. Enforcement of the discovery order and any scheduled hearing on the habeas application are stayed pending further order of this Court.

IT IS SO ORDERED THIS THE 7TH DAY OF APRIL, 2016.


Do Not Publish